IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA WILLINS and JOI BROADNAX, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CSA - CREDIT SOLUTIONS OF AMERICA, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>3:09-cv-01025-M |

## NOTICE OF FILING ADDITIONAL
## CONSENTS TO JOIN SUIT AS PARTY PLAINTIFFS

Plaintiffs hereby file the following Consents to Join Suit as Party Plaintiffs, which are attached hereto as Exhibit "A," in connection with the above-titled and numbered action:

1. Michael F. Johnson
2. Ourania Knight
3. Tierra Wright

Dated: September 24, 2009

Respectfully submitted,

/s/ Robert J. Camp
**THE COCHRAN FIRM, P.C.**
505 20th Street North, Suite 825
Birmingham, AL  35203
(205) 244-1115 – Phone
(205) 244-1171 – Facsimile
rcamp@cochranfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2009, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Bryan D. Pope
bpope@cochranfirm.com

Angella H. Myers
myers@buschmyers.com
claribel@buschmyers.com

J. Derek Braziel
jdbraziel@l-b-law.com
jdbsec@l-b-law.com

Meredith L. Black-Mathews
mmathews@l-b-law.com


/s/ Robert J. Camp
**ROBERT J. CAMP**