# Exhibit C

Case 3:09-cv-01025-M   Document 24-4   Filed 10/22/2009   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 1 5 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| Meggie Howe, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No.: H-03-4298 |
| § | |
| Hoffman-Curtis, et al, § | |
|     Defendant. § | |

### ORDER

Pending before the Court is the Motion to Dismiss Defendant's Counterclaim (Inst. # 9). Having considered the motion, submissions in response, and applicable law, the Court hereby determines that the motion should be granted. The Court hereby

ORDERS that the Motion to Dismiss Defendant's Counterclaim (Inst. # 9) is GRANTED.

Signed at Houston, TX on the __12__ day of January, 2004.

_____
United States District Judge

18