# Exhibit D



United States Courts
Southern District of Texas
ENTERED

MAY 2 8 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL DEAN, ET AL<br>PLAINTIFFS | § § § § § § § § § | |
| V. | | CIVIL ACTION NO. H-03-0884 |
| JAMES EDWARD STAGGS II DDS, P.A.,<br>ET AL,<br>DEFENDANTS | | |

### ORDER

Came to be heard the plaintiffs' motion to strike counterclaims and the defendants, James Edward Staggs II DDS, P.A., and James Edward Staggs', response. Having considered the motions and the arguments set out therein, the Court finds that the plaintiffs' motion to strike counterclaims is meritorious and should be granted. It is, therefore,

ORDERED that the plaintiffs' motion to strike counterclaims is Granted.

Signed this 27th day of May, 2003.

KENNETH M. HOYT
United States District Judge