IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA WILLINS and JOI BROADNAX, On Behalf of Themselves and All Others Similarly Situated, | § § § § | |
| Plaintiffs | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-1025-M |
| | § | |
| CREDIT SOLUTIONS OF AMERICA, INC. and DOUG VAN ARSDALE, | § § | |
| | § | |
| Defendants | § | |

**ORDER**

Before the Court is Plaintiffs' Motion for Reconsideration [Docket Entry #43]. The Court is of the opinion that the Motion should be GRANTED. The Court's Order of March 22, 2010 [Docket Entry #42] is therefore VACATED.

It is ORDERED that DLA Piper may withdraw as counsel for Defendants. It is further ORDERED that Defendant Credit Solutions of America, Inc. must obtain new counsel who shall file a notice of appearance no later than April 13, 2010. Defendant Doug Van Arsdale shall advise the Court by April 13, 2010, if he is representing himself, or shall have counsel appear on his behalf.

Defendants' request for a 60-day extension of pending deadlines is DENIED at this time. Should new counsel need additional time to consider the notice and consent forms due to be filed on April 23, 2010, new counsel and Plaintiffs' counsel shall confer on a reasonable extension of time and submit an agreed order for extension of time. If agreement cannot be reached, the parties may file other appropriate pleadings as necessary.

**SO ORDERED.**

March 29, 2010.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**