**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS,**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TERESA WILLINS and JOI BROADNAX, on behalf of themselves and others similarly situated,** | § | |
| | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 3:09-cv-01025-M** |
| | § | |
| **v.** | § | |
| | § | |
| **CSA - CREDIT SOLUTIONS OF AMERICA, INC., et al.,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF FILING ADDITIONAL**
**CONSENTS TO JOIN OVERTIME LAWSUIT**

Plaintiffs hereby file the following Consents to Join Suit as Party Plaintiffs, which are attached hereto as Exhibit "A," in connection with the above-titled and numbered action:

1. Rana Ahmed
2. Devon Allen
3. Aaron Andrews
4. Kenneth Andrus
5. Henry Araujo, II
6. Joan Arens
7. Akash Arora
8. Donald Bailey
9. Reginald Baker
10. Bryan Baldwin
11. Amber Ball
12. Chris Bartley
13. David Baskin

14. Brandon Bass
15. Norma Beck
16. Thomas Bellah
17. Brian Bernardy
18. Bradley Bessett
19. Lance Blackwell, Jr.
20. Brian Bland
21. Kimberly Blanton
22. JoAnne Bobbitt
23. Sean Bolden
24. Latonya Bolden-Carson
25. Sandra Borrego
26. Gary Bower
27. Janith Boyd
28. Nichole Brawner
29. Elijah Brewer
30. Daniel Broome
31. Karl Brown II
32. Wendell Brown
33. Michael Browning
34. Marie Bryant
35. Laotis Buckley
36. Kenneth Budzon
37. Ryan Buell
38. Kristen Bull
39. Patrick Bullinger
40. Bobby Bullock
41. Jerry Burba
42. Jason Burgess
43. Cody Busbee
44. Valerie Byers
45. Anthony Byrd
46. Cynthia Calhoun
47. Cody Campbell
48. Monica Campbell
49. Clint Carlile
50. Michael Carr
51. Erachetti Carr
52. Ricardo Carrillo
53. Alicia Cascio

Case 3:09-cv-01025-M   Document 51   Filed 08/02/10   Page 3 of 4   PageID 337


54. Kristian Christensen
55. Irene Cisnens
56. Mark Cloud
57. Norman Collier
58. Christopher Condon
59. Michele Conine
60. Dylan Conner
61. Kendra Copeland
62. Edwina Cox
63. Richard Cumings
64. Kim Danna
65. Darren Davis
66. Nicholas Davis
67. William Davis
68. Beverly Dawkins
69. Steven Dawson
70. Earnestine Day

Dated:  <u>August 2, 2010</u>          Respectfully submitted,

/s/ Robert J. Camp
**THE COCHRAN FIRM, P.C.**
505 20th Street North, Suite 825
Birmingham, AL  35203
(205) 244-1115 – Phone
(205) 244-1171 – Facsimile
rcamp@cochranfirm.com

**BRYAN D. POPE**
**THE COCHRAN FIRM, PLLC**
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas  75219
(214) 651-4260 Telephone
(214) 651-4261 Facsimile
bpope@cochranfirm.com

        **DEREK BRAZIEL**
        **MEREDITH MATHEWS**
        **LEE & BRAZIEL, L.L.P.**
        1801 N. Lamar Street, Suite 325
        Dallas, Texas 75202
        (214) 749-1400  Telephone
        (214) 749-1010  Facsimile

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010 I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Bryan D Pope
bpope@cochranfirm.com
rmartinez@cochranfirm.com

J Derek Braziel
jdbraziel@l-b-law.com
jdbsec@l-b-law.com
mmathews@l-b-law.com

John L Collins
jcollins@seyfarth.com
ccraighead@seyfarth.com
kbirenbaum@seyfarth.com
smcnatt@seyfarth.com

Meredith L Black-Mathews
mmathews@l-b-law.com

        /s/ Robert J. Camp
        **ROBERT J. CAMP**